1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  David L. Emerzian, #222930
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:   (559) 433-1300
4  Facsimile:   (559) 433-2300

5  Attorneys for Defendants J.F. DESMOND
   FAMILY LIMITED PARTNERSHIP dba KFC ,
6  GONG & YOUNG, INC. dba GONG, CHUN &
   YOUNG, INC.

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.F. DESMOND FAMILY LIMITED PARTNERSHIP dba KFC, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-CV-01069---SMS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that subject to Court approval, Defendants J.F. DESMOND FAMILY LIMITED PARTNERSHIP dba KFC , and GONG & YOUNG, INC., dba GONG, CHUN & YOUNG, INC., shall have a second extension to and including October 2, 2015, to respond to Plaintiff ARTHUR OWENS' Complaint.

The Parties are engaging in meaningful settlement discussions and wish to have the opportunity to explore a resolution without incurring the fees necessary to respond to the complaint, or in unnecessarily using court resources. This extension does not alter or affect any date or event already set by Court order, but exceeds the maximum 28 day extension permissible without leave of Court.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same

Stipulation.

Dated: September 8, 2015

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
David L. Emerzian
Attorneys for Defendants THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP; a California limited partnership; J.F. DESMOND FAMILY LIMITED PARTNERSHIP dba KFC #D670002

MOORE LAW FIRM, P.C.

Dated: September 8, 2015

By: _____
Tanya E. Moore
Attorney for Plaintiff
ARTHUR OWENS

**ORDER**

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants J.F. DESMOND FAMILY LIMITED PARTNERSHIP dba KFC, and GONG & YOUNG, INC., dba GONG, CHUN & YOUNG, INC., shall have an extension of time to and including October 2, 2015 to respond to Plaintiff ARTHUR OWENS' Complaint.

IT IS SO ORDERED.

Dated:   **September 16, 2015**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE