# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>     Plaintiff,<br><br>   v.<br><br>J.F. DESMOND FAMILY LIMITED PARTNERSHIP dba KFC, et al.,<br><br>     Defendants. | Case No. 1:15-cv-01069-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 12) |

On October 14, 2015, Plaintiff filed a voluntary dismissal of the entire case, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A).  (Doc. 12.)  Rule 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer to a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Because Defendants have not served an answer or a motion for summary judgment, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated:   **October 23, 2015**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE